IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| RANDLE SHANE BOHREN, and ) | Criminal Case No. 4:24CR3 (RCY) |
| ) | |
| CHRISTOPHER MICHAEL WEAST ) | |
| Defendants. ) | |
| ) | |

**CRIMINAL SCHEDULING ORDER**

Nothing in this Order shall be construed to impact the deadlines for discovery as set forth in Fed. R. Crim. P. 16 or as agreed to by the parties, as well as any of the requirements set forth in 18 U.S.C. § 3500 or Fed. R. Crim. P. 26.2. The Court expects all parties to work together to ensure compliance with the deadlines below. Should a party fail to comply with any of the deadlines set forth below, the Court may impose a sanction on the non-complying party. To ensure efficient litigation of this case, the Court ORDERS as follows:

**Trial Date**

A **Jury Trial** is scheduled to commence on **July 15, 2024, at 9:15 a.m.**

**Motions**

Consistent with Local Rule 12, the parties shall file all motions within **fourteen (14) days** of this Order with any responses filed within **fourteen (14) days** thereafter and any replies within **seven (7) days** of the filing of the responses. Should the parties wish to have a hearing on a motion (e.g., suppression motion, motion to dismiss the indictment, motion *in limine*, etc.), the parties may contact the undersigned's courtroom deputy, Julie Jones, to request a hearing.

### Trial Briefs

No later than **fourteen (14) days** before the scheduled trial, each party shall individually file a trial brief setting forth their view of the case and the elements of the offenses charged, so that the Court has a basic understanding of the case to be tried.  The parties shall also identify any unusual evidentiary issues that may arise during the trial, along with any authority that pertains to the issue.  Motions *in limine* may not be included in the Trial Brief, because the Trial Brief is designed to be an informational aid, not a mechanism to grant a party relief.

### Jury Instructions and Verdict Form

No later than **fourteen (14) days** before the scheduled trial, all parties shall jointly file any requested jury instructions, including all requested standard instructions. The parties shall also jointly file a proposed verdict form. The submission of proposed jury instructions shall include each requested jury instruction (regardless whether agreed or objected to) fully set forth on a separate page with a citation in support of the instruction set forth at the bottom of the requested instruction.  The parties shall also provide a copy of the requested jury instructions and proposed verdict form in Word format via email to Chambers.  Proposed jury instructions shall be written in sentence case, not all caps.  Any objections shall be filed not later than three (3) days after the filing of the requested jury instructions and verdict form.  The parties shall make every effort to resolve objections, to consolidate jury instructions, and to tender an agreed set of instructions to the Court (to be labeled "J-1," "J-2," etc.), including any special interrogatory verdict form.  Any proposed instructions as to which there is objection shall be so identified by separate submission and, with regard to each disputed instruction (which shall be numbered and identified by the party submitting it, e.g., "G-1" or "D-1"), the objecting party shall set forth the nature of the dispute, the respective position of the parties, and any authority on the issue.

### *Voir Dire*

No later than **fourteen (14) days** before the scheduled trial, each party shall <u>individually</u> file any proposed *voir dire*. Each party shall also provide a copy of the proposed *voir dire* in Word format via email to the undersigned's courtroom deputy. Any objections shall be filed not later than three (3) days after the filing of the requested *voir dire*.

### Stipulations

No later than **5:00 p.m. three (3) business days** before the scheduled trial, the parties shall <u>jointly</u> file any stipulations.

### Exhibit List

No later than **5:00 p.m. three (3) business days** before the scheduled trial, each party shall <u>individually</u> file their proposed Exhibit List and provide a Word version of the Exhibit List via email to the undersigned's courtroom deputy. By the same date and time, each party shall also deliver to the Clerk's Office electronic copies (on a disc or thumb drive) of all exhibits. **The day of trial,** each party shall bring to Court and deliver to the Courtroom Deputy three (3) trial binders, each containing a copy of all exhibits, as well as a copy of their Exhibit List and any stipulations.

### Witness List

No later than **5:00 p.m. three (3) business days** before the scheduled trial**,** each party shall <u>individually</u> file a witness list identifying any potential witnesses that they may call and provide a Word version of the witness list via email to the undersigned's courtroom deputy. Should either party believe that security issues exist that could result in harm to a witness if they were publicly identified, the party may file a motion seeking an exemption for that specific witness. The motion must be filed no later than **5:00 p.m**. **seven (7) days** before the scheduled trial.

**Audio or Video Recordings**

If either party intends to introduce an audio or video recording into evidence, such party must prepare a written transcript of the recording to accompany the recording.

The Clerk is directed to provide a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Richmond, Virginia
Date:  February 15, 2024