# *UNITED STATES DISTRICT COURT*
## *EASTERN DISTRICT OF VIRGINIA*
### RICHMOND DIVISION
### Thursday, February 15, 2024

**MINUTES OF PROCEEDINGS IN** __Open Court__
**PRESENT**: THE HONORABLE __Roderick C. Young, United States District Judge__
Courtroom Deputy: Julie Jones
Law Clerk: Robert Nevin                                           Reporter: Tracy Stroh, OCR

| Set: 2:30 p.m. | Started: 2:43 p.m. | Ended: 2:53 p.m. |
|---|---|---|

| Case No. 4:24cr3 |
|---|
| |
| UNITED STATES OF AMERICA |
| v. |
| SIMPSON, *et al.* |
| |

**Appearances:**
**AUSA(s):** Eric Hurt appeared on behalf of the government.
**Defendant:** Charles Samuels, CJA, appeared on behalf of defendant Randle Shane Bohren. Michael Henkle, CJA, appeared on behalf of defendant Christopher Michael Weast. Defendants present in custody.

The matter came before the court for arraignment on 2/15/2024. The Government reviewed the charges and penalties on the record. The defendants waived formal arraignment, entered pleas of not guilty and demanded trial by jury. Motions cutoff: 2/29/24. Counsel to file motion for extension if more time is needed. Agreed Discovery Orders entered. Court previously made ends-of-justice finding that due to the complexity of the case and/or in the interests of justice, pursuant to 18 U.S.C. § 3161(h), setting matter outside speedy trial deadline is in interests of justice. Court inquired as to whether the defendants had an objection to Court's previously made finding setting matter outside speedy trial. No objection by defendants. Jury trial (15 days) set for 7/15/2024 at 9:15 a.m. in Richmond Courtroom 6000 before District Judge Roderick C. Young. Court to issue Order. Defendants remanded to custody of USM. Court adjourned.