## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION
### Wednesday, November 6, 2024

**MINUTES OF PROCEEDINGS** IN ___Open Court___
**PRESENT**: THE HONORABLE ___Roderick C. Young, United States District Judge___
Courtroom Deputy: J. Powell
Reporter: Tracy Stroh, OCR

| Set: 10:15 a.m.  Time in Court: 22 minutes | Started: 10:17 a.m. | Ended: 10:39 a.m. |
|---|---|---|

Case No. 4:24cr3-4

UNITED STATES OF AMERICA

v.

RANDLE SHANE BOHREN

**Appearances:**
**AUSA(s):** Eric Hurt appeared on behalf of the government.
**Defendant:** Charles Samuels, CJA, appeared on behalf of defendant. Defendant present in custody.

Motion Hearing held on 11/6/2024 re [231] Defendant's Letter to the Court, [239] First Motion to Substitute Attorney and [243] Amended Motion to Substitute Attorney filed by defense counsel. The Court inquired of counsel regarding pending motion. Charles Samuels heard. Comments and questions of court. Defendant questioned on the record regarding his request for new counsel. For the reasons stated on the record, the Court MOOTED [239] First Motion to Substitute Attorney and GRANTED [243] Amended Motion to Substitute Attorney. Charles Samuels was relieved as counsel. The Court directed that new counsel be appointed to represent the defendant. The Court is to issue an Order. Sentencing to be reset following new counsel's appearance in the case. Defendant remanded to custody of USM. Court in recess.