IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 4:24CR3-4 (RCY) |
| | ) | |
| RANDLE SHANE BOHREN, | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on its own initiative following its appointment of Mr. Michael C. Moore as counsel of record for Defendant Bohren (ECF No. 287). The Court has been notified that Mr. Moore has a conflict of interest regarding this case and cannot represent Defendant Bohren.

Accordingly, the Court ORDERS as follows:

1. Michael C. Moore is RELIEVED of his appointment as counsel of record for Defendant Bohren in this matter;

2. Lawrence Woodward, Jr., is APPOINTED to represent the Defendant;

3. The Court DIRECTS Mr. Woodward to meet with the Defendant within fourteen (14) days of this Order; and

4. The Court further DIRECTS the Government and defense counsel to contact the courtroom deputy of the undersigned within fourteen (14) days to set a status conference to discuss the disposition of this matter, which shall occur as soon as possible, but not before Mr. Woodward has met with the Defendant.

The Clerk is directed to provide a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY

Roderick C. Young
United States District Judge

Date: November 14, 2024
Richmond, Virginia